UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **05 CR 10214 MLW** |
| | ) CRIMINAL NO. |
| v. | ) VIOLATIONS: |
| | ) 18 U.S.C. § 922(g)(1)- |
| FLORENTINO RUIDIAZ, JR. | ) Felon in Possession of |
| | ) Firearm and Ammunition |
| | ) |

INDICTMENT

COUNT ONE:   (18 U.S.C. § 922(g)(1)- Felon in Possession of Firearm and Ammunition)

The Grand Jury charges that:

On or about July 17, 2005, at Brockton, in the District of Massachusetts,

**FLORENTINO RUIDIAZ, JR.,**

defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Rossi .357 caliber revolver, bearing serial number F074426, three rounds of .357 caliber ammunition, and three rounds of .38 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_____
Foreperson of the Grand Jury

_____
JAMES E. ARNOLD   AUSA WAQAR HASIB for AUSA Arnold
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS:                August __, 2005

Returned into the District Court by the Grand Jurors and filed.

*Thomas F. Quinn*
Deputy Clerk
8/24/05 @ 2:21pm

**05 CR 10214 MLW**

JS 45 (5/97) - (Revised USAO MA 6/19/94)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: Brockton     Category No. II     Investigating Agency ATF

City   Brockton          Related Case Information:

County  Plymouth         Superseding Ind./ Inf. _____   Case No. _____
                         Same Defendant _____   New Defendant _____
                         Magistrate Judge Case Number _____
                         Search Warrant Case Number _____
                         R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Florentino Ruidiaz, Jr.          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  56 French Ave., Brockton, MA  02301

Birth date (Year only): 1980  SSN (last 4 #): 7297  Sex M  Race: Hispanic  Nationality: US

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  James E. Arnold          Bar Number if applicable  DC 426040

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested        ☐ Regular Process        ☒ In Custody

**Location Status:**

Arrest Date:  July 17, 2005

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  defendant       ☐ Serving Sentence    ☒ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:     ☐ Petty         ☐ Misdemeanor     ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: AUGUST 24, 2005    Signature of AUSA: _____

AUSA S. WAQAR HASIB FOR AUSA JAMES E. ARNOLD

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

05 CR 10214 MLW

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Florentino Ruidiaz, Jr.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 922(g)(1) | Felon in Possession of Firearm and Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: