AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

Florentino Ruidiaz, Jr.

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10214 MLW

FID # 1058964

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  Florentino Ruidiaz, Jr.
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawful possession of a firearm and ammunition by a felon

2005 AUG 24 P 3:55 RECEIVED

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Catherine M. Gawlik
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

08-24-2005
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/16/05   ATF

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.