UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10214-MLW

UNITED STATES OF AMERICA

v.

FLORENTINO RUIDIAZ, JR.

## FURTHER ORDER ON EXCLUDABLE TIME

December 15, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 15, 2005 through January 19, 2006

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated September 26, 2005, November 8, 2005 and this order, at the time of the Final Status Conference on January 19, 2006, there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (October 24, 2005 - November 7, 2005) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

                         / s / Judith Gail Dein
                         JUDITH GAIL DEIN
                         United States Magistrate Judge