UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10214-MLW

UNITED STATES OF AMERICA

v.

FLORENTINO RUIDIAZ, JR.

## FURTHER ORDER ON EXCLUDABLE TIME

February 16, 2006

DEIN, M.J.

A Final Status Conference was scheduled before this Court for February 15, 2006.  The parties jointly have requested a continuance in order to provide defense counsel sufficient time to meet with the defendant.  In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 15, 2006 - March 7, 2006

that being the period between the Final Status Conference as originally scheduled and the Conference as rescheduled.

**The Final Status Conference has been rescheduled for March 7, 2006 at 3:30 p.m.  Counsel for the respective parties shall file a Joint Memorandum addressing the matters set forth in LR 116.5(C)(1) through (9) before the close of business no less than THREE business days prior to that Status Conference.  In**

addition, the parties shall include in the Joint Memorandum not only the periods of excludable time that are applicable, but also the amount of time remaining under the Speedy Trial Act before trial must commence.


_____/ s / Judith Gail Dein_____
JUDITH GAIL DEIN
United States Magistrate Judge