UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                         Crim. No.  05-10214-MLW

FLORENTINO RUIDIAZ, JR.

**MOTION FOR PRE-PLEA PRESENTENCE REPORT**

Now comes the defendant in the above captioned matter, by his attorney, and moves this

Honorable Court to order the preparation of a probation "presentence" report prior to his entry of

a plea in this matter.  As reason therefore, the defendant states that he is unsure as to how the

probation department will categorize his criminal history category and sentencing guideline

range, based upon the government's version of the offense and probation's determination of his

criminal history category, and probation's own research.  Counsel for the defendant will be able

to make a more informed recommendation to the defendant as to the advisability of making a

plea after a review of the presentence report.

Respectfully Submitted,

/s/ MELVIN NORRIS
Melvin Norris    MA BBO# 393700
Suite 7, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated:           March 2, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will

be sent electronically to the registered participants as identified on the Notice of Electronic Filing

and paper copies will be sent this date to those indicated as non-registered participants.


        /s/ Melvin Norris
MELVIN NORRIS