UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10214-MLW

UNITED STATES OF AMERICA

v.

FLORENTINO RUIDIAZ, JR.

**FINAL STATUS REPORT**

March 7, 2006

DEIN, M.J.

A Final Status Conference was held before this court on Tuesday, March 7, 2006 pursuant to the provisions of Local Rule 116.5(C).  Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. On March 2, 2006, defendant filed a motion for a pre-plea pre-sentence report which is presently pending before the District Judge.  Until this matter is resolved, the parties agree that it is too early to determine whether a trial will be necessary.

2. Discovery is completed at this time.  All dispositive motions must be filed by April 7, 2006.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant has filed a motion for a pre-plea pre-sentence report which is presently pending before the district judge.

5. Based upon the prior orders of the court dated September 26, 2005, November 8, 2005, December 15, 2005, January 19, 2006 and February 16, 2006, at the time of the Final Status Conference on March 7, 2006, there were fifteen (15) days of non-excludable time under the Speedy Trial Act (October 24, 2005 - November 7, 2005) and **fifty-five (55) days remaining** under the Speedy Trial Act in which this case must be tried.

      The court has on this date entered a further order on excludable time excluding the period March 7, 2006 through April 7, 2006, the date by which dispositive motions are to be filed. The pendency of the defendant's motion may result in further time being excluded under the Speedy Trial Act.

6. It is estimated that if the case goes to trial, it will last approximately two (2) days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                    / s / Judith Gail Dein
                                    JUDITH GAIL DEIN
                                    UNITED STATES MAGISTRATE JUDGE