UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10214-MLW

UNITED STATES OF AMERICA

v.

FLORENTINO RUIDIAZ, JR.

## FURTHER ORDER ON EXCLUDABLE TIME

March 7, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 7, 2006 through April 7, 2006

that being the period between the Final Status Conference and the date by which dispositive motions are to be filed.

Based upon the prior orders of the court dated September 26, 2005, November 8, 2005, December 15, 2005, January 19, 2006 and February 16, 2006, as of April 7, 2006 there will be fifteen (15) days of non-excludable time under the Speedy Trial Act (October 24, 2005 - November 7, 2005) and fifty-five (55) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
    JUDITH GAIL DEIN
    United States Magistrate Judge