UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                              **CRIMINAL CASE**

                                                                              **NO. 05-10214-MLW**
V.

**FLORENTINO RUIDIAZ**
         Defendant(s)

**NOTICE OF HEARING**

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on **APRIL 25, 2006** at 3:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

                                                                              SARAH A. THORNTON
                                                                              CLERK OF COURT

**April 18, 2006**                                    By:   **/s/ Dennis O'Leary**
         Date                                                       Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                              [ntchrgcnf.]
                                                                   [kntchrgcnf.]