UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                            Crim. No.  05-10214-MLW

FLORENTINO RUIDIAZ, JR.

## ASSENTED TO MOTION TO EXTEND TIME
## FOR FILING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

      Now comes the defendant in the above captioned matter, by his attorney, and moves this Honorable Court to extend the time for filing the defendant's motion to suppress evidence or dismiss the case from May 12, 2006 until June 12, 2006.  As reason therefore, the defendant assigns the following:

1.     The government is in the process of preparing transcripts of the 911 call and turret tapes, and these documents are necessary to the preparation of the Motion to Suppress;

2.     Additionally, counsel for the defendant is working on a brief in the First Circuit Appeal of United States v. Rolfsema, C.A. No. 05-2898, and the preparation of that brief is taking up a substantial amount of counsel's time.

3.     Defendant agrees to exclude the time under the Speedy Trial Act until June 12, 2006.

      WHEREFORE, the defendant moves that this Court extend the period of time for filing the Motion to Suppress Evidence for one month, and adjust all other deadlines accordingly.

Respectfully Submitted,

/s/ MELVIN NORRIS
Melvin Norris    MA BBO# 393700
Suite 7, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated:     May 5, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants.


_____/s/ Melvin Norris
MELVIN NORRIS