UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 05-10214-MLW |
| | ) | |
| FLORENTINO RUIDIAZ, | ) | |
| Defendant, | ) | |

ORDER

WOLF, D.J.                                                                                               May 1, 2006

For the reasons described in court on April 25, 2006, it is hereby ORDERED that:

1. The parties shall, by May 10, 2006, confer and report as to whether they have reached a resolution in the case.

2. If there is no resolution to the case then the defendant shall, by May 12, 2006, file a motion to suppress.

3. The government shall, by May 26, 2006, file its response.

4. The defendant shall, by June 2, 2006, file any reply.

5. With the agreement of the parties, the time from April 25, 2006 through June 2, 2006 is excluded for Speedy Trial Act purposes because the ends of justice served by postponing the Rule 11 hearing outweigh the best interest of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).

                                                    /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE