UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Florentino Ruidiaz

FILED
IN CLERKS OFFICE

2006 MAY 17 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS

Docket No.: 05-cr-10214MLW

## MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY

NOW COMES the Defendant, _____, in the above matter, and moves this Honorable Court to dismiss my appointed attorney and to appoint a new attorney to represent my interests.

The reasons that I make this request are:

(✓) Disagreement on strategy;

( ) Failure to obtain a bail appeal;

(✓) Lack of understanding between me and my attorney;

(✓) Failure to present my best interests;

(✓) Other:

_He hasn't kept me informed on whats going on with my case._

Date: 4-27-06

Respectfully submitted,

Florentino Ruidiaz
, Pro Se
26 Long Pond Road
Plymouth, MA 02360

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth, MA 02360

FILED
IN CLERKS OFFICE

2006 MAY 17 P 1:31

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court for
the District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

RE:   United States of America v. ___Ruidiaz___
NO:

Dear Sir/Madam:

Enclosed for action, filing and docketing regarding the above-referenced matter, please find MOTION TO DISMISS APPOINTED ATTORNEY AND TO APPOINT NEW ATTORNEY.

Kindly mark this motion up for hearing at your earliest convenience.

Very truly yours,

_Florentio Ruidiaz_
, Pro Se

Enclosure
cc:   U.S. Attorney