UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 05-10214-MLW

FLORENTINO RUIDIAZ, JR.

### ATTY. MELVIN NORRIS' MOTION TO WITHDRAW AS COURT-APPOINTED COUNSEL

Now comes undersigned court-appointed counsel and requests that he be permitted to withdraw as court-appointed counsel of the defendant. As reason therefore, counsel assigns the following:

1. The defendant has requested that substitute counsel be appointed for him in this case.

2. Counsel visited the defendant today and it appears that the attorney-client relationship has broken down.

3. The allowance of this Motion is in the interests of Justice.

WHEREFORE, counsel moves that he be allowed to withdraw from his representation of Mr. Ruidiaz.

Respectfully Submitted,

/s/ MELVIN NORRIS
Melvin Norris   MA BBO# 393700
Suite 7, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated:        June 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants. A copy has been sent by mail to the defendant, Florentino Ruidiaz.

    /s/ Melvin Norris
MELVIN NORRIS