UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                          Crim. No. 05-10214-MLW

FLORENTINO RUIDIAZ, JR.

**MOTION TO EXTEND TIME
FOR FILING DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

Now comes the defendant in the above captioned matter and moves this Honorable Court to extend the time for filing the defendant's motion to suppress evidence or dismiss the case until such time as new counsel can be appointed and prepare the Motion. As reason therefore, the defendant assigns the following:

1. The defendant has requested that substitute counsel be appointed for him in this case.

2. As a result, the Motion to Suppress cannot be filed before June 12, 2006.

3. The allowance of this Motion is in the interests of Justice.

WHEREFORE, the defendant moves that this Court extend the period of time for filing the Motion to Suppress Evidence until the issue of successor counsel is resolved, and he or she has the opportunity to prepare it, and adjust all other deadlines accordingly.

Respectfully Submitted,

/s/ MELVIN NORRIS
Melvin Norris   MA BBO# 393700
Suite 7, 260 Boston Post Road
Wayland, Massachusetts 01778
(508) 358-3305

Dated:     June 9, 2006

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed this date through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent this date to those indicated as non-registered participants. This document has also been mailed to the defendant, Florentino Ruidiaz.

    /s/ Melvin Norris
MELVIN NORRIS