UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA     )
                             )
                             )
     v.                      )     C.R. No. 05-10214-MLW
                             )
FLORENTINO RUIDIAZ, JR.      )
     Defendant.              )
```

ORDER

WOLF, D.J.                                          June 21, 2006

It is hereby ORDERED that:

1. The defendant's Motion to Appoint New Counsel (docket no. 29) and defense counsel's Motion to Withdraw (docket no. 30) are hereby ALLOWED.  The clerk shall immediately appoint new CJA counsel for the defendant.

2. The deposition of Brockton Police Officer Brain Benvie shall be completed by July 31, 2006.

3. The parties shall, by July 31, 2006, file a status report, including, but not limited to, whether the defendant intends to file a motion to suppress

4. A scheduling conference will be held on August 2, 2006 at 4:00 PM, to either establish a briefing schedule for a motion to suppress or set a trial schedule.

5. The time from June 21, 2006 until August 2, 2006 is excluded for Speedy Trial Act purposes because the ends of justice served by appointing new counsel outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161(h)(8)(A).

<u>/s/ Mark L. Wolf</u>
UNITED STATES DISTRICT JUDGE
