UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
UNITED STATES OF AMERICA   )
                                                        )
vs.                                                     )
                                                        )     CR No. 2005-10214-MLW
FLORENTINO RUIDIAZ, JR.         )
_____)

**NOTICE OF APPEARANCE**

The undersigned counsel hereby respectfully enters their notice of appearance on behalf of the Defendant, in the above-captioned case.

RESPECTFULLY SUBMITTED


/s/ Robert S. Sinsheimer
Robert S. Sinsheimer, Esq.
BBO # 464940
Denner Pellegrino, LLP
4 Longfellow Place, 35th Floor
Boston, MA 02114
(617) 722-9954

Dated: June 29, 2006


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 29, 2006.

/s/ Robert S. Sinsheimer
Robert S. Sinsheimer, Esq.