UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. 05-10214-MLW |
| **FLORENTINO RUIDIAZ, JR.,** | ) ) ) | |
| Defendant | ) | |

**JOINT STATUS MEMORANDUM**

Pursuant to the Court's Order dated June 21, 2006, the United States of America and Defendant, Florentino Ruidiaz, Jr., by their undersigned counsel, respectfully submit the following status report regarding the above-captioned matter:

1. Defendant intends to file a motion to suppress in this matter. The parties request that the Court establish a briefing schedule for this motion at the upcoming status conference to be conducted on August 2, 2006, at 4:00 p.m.

2. Although the parties have had preliminary discussions concerning whether this matter might be resolved short of trial, the parties agree that it remains too early to determine whether a trial will be necessary until defendant's suppression motion is filed and resolved.

3. Should a trial be necessary in this matter, the parties estimate that it will take no longer than 2 days.

4. By the Government's calculation, there have been 32 non-excludable days under the Speedy Trial Act (from October 24, 2005 - November 7, 2005 (15 days) and from April 8, 2005, through April 24, 2006 (17 days)), thus leaving 38 days in which this matter must be tried.

|  |  |
|---|---|
| FLORENTINO RUIDIAZ, JR. | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN |
| By his attorney, | United States Attorney |
|  | By:  /s/ James E. Arnold |
| /s/ Robert Sinsheimer | James E. Arnold |
| Robert Sinsheimer, Esq. | Assistant U.S. Attorney |
| Denner Pellegrino, LLP | One Courthouse Way |
| 4 Longfellow Place | Suite 9200 |
| 35th Floor | Boston, MA 02210 |
| Boston, MA 02114 | (617) 748-3603 |
| (617) 722-9954 |  |
|  | Date: July 31, 2006 |