UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10214

| United States of America | Florentino Ruidiaz |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Arnold | Robert Sinsheimer |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary      REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 8/2/06 | Court establishes a briefing schedule for the filing of a motion to suppress. Motion to suppress due by 9/15/06 Opposition due by 10/6/06, replies due by 10/16/06. Hearing if necessary will be held on November 9 and 10, 2006 at 2;30 pm. Court with the agreement of the defendant excludes all the time between today's date and November 9, 2006 for speedy trial act purposes. |