```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
                            )
     v.                     )    C.R. No. 05-10214-MLW
                            )
FLORENTINO RUIDIAZ, JR.     )
     Defendant.             )
```

ORDER

WOLF, D.J.                                          August 4, 2006

For the reasons stated in court on August 2, 2006, it is hereby ORDERED that:

1. The defendant shall by, September 15, 2006, file a Motion to Suppress, a supporting Memorandum of Law and Affidavit. The government shall by, October 6, 2006, file its opposition. Any reply shall be filed by October 16, 2006.

2. The parties, in their written submissions, shall identify the witnesses they intend to call if the court determines that an evidentiary hearing is necessary and estimate how long they anticipate the hearing will last.

3. If necessary, a hearing on the defendant's motion to suppress will be held on November 9, 2006, at 2:30 p.m. and will continue on the afternoon of November 10, 2006, at 2:30 p.m.

4. The government shall, by August 18, 2006, produce to the defendant all material exculpatory evidence relating to the motion to suppress.

5.  As agreed by the parties, the time from August 2, 2006 through November 9, 2006 is excluded for Speedy Trial Act purposes because the ends of justice  served by allowing new counsel time to review the file and file a motion to suppress outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE