UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) CR NO. 2005-10214-MLW
FLORENTINO RUIDIAZ, JR. )
)

### AFFIDAVIT OF FLORENTINO RUIDIAZ, JR.

Under oath, I depose and state the following:

1. My name is Florentino Ruidiaz, Jr. and I am the defendant in the above-captioned case.

2. On July 17, 2005, at approximately 12:30 AM, I was taking a nap in a motor vehicle that was parked on French Street, in Brockton.

3. I was awakened by a police officer, who ordered me out of the vehicle so that he could search me.

4. I did not consent to the officer's search, but I obeyed the officer's command.

5. I am unaware of having done anything wrong to justify the officer's search.

Signed under the penalties of perjury this 27 day of September 2006.

*Florentino Ruidiaz*
FLORENTINO RUIDIAZ, JR.