

## DENNER ◆ PELLEGRINO, LLP
### COUNSELLORS AT LAW

September 29, 2006

Civil Clerk's Office
United States District Court
For The District of Massachusetts
1 Courthouse Way
Boston, Massachusetts

    RE:    <u>United States of America v. Florentino Ruidiaz, Jr.</u>
             U.S.D.C. Criminal Docket No.: 2005-10214-MLW

Dear Sir or Madam:

    With respect to the above-captioned case, our office today electronically filed Defendant Florentino Ruidiaz's Motion to Suppress Weapon and Ammunition and Defendant Florentino Ruidiaz's Memorandum in Support of His Motion to Suppress Weapon and Ammunition.

    The Memorandum has three (3) attachments that I was unable to scan due to our scanner not working. Our scanner should be working Monday, and I will scan them then.

    Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or concerns you may have.

                                         Very truly yours,

                                         Maria Georgakopoulos
                                         Paralegal

H:\sinsheimer\MyFiles\RUIDIAZ, FLORENTINO\USDC.092906.wpd

---

4 Longfellow Place, 35th Floor, Boston, MA 02114    Telephone (617) 227-2800    Telefax (617) 973-1562

| ◆ | ◆ | ◆ |
|---|---|---|
| 265 State Street<br>Springfield, MA 01103<br>(413) 746-4400 | 536 Atwells Avenue<br>Providence, RI 02903<br>(401) 454-4400 | 350 Fifth Avenue, Suite 6110<br>New York, NY 10118<br>(866) 348-0900 |