# DENNER♦PELLEGRINO, LLP

## COUNSELLORS AT LAW



October 2, 2006

<u>Via Hand Delivery</u>

Civil Clerk's Office
ATTN: Kim Abaid
United States District Court
For The District of Massachusetts
1 Courthouse Way
Boston, Massachusetts

> RE:   <u>United States of America v. Florentino Ruidiaz, Jr.</u>
>        U.S.D.C. Criminal Docket No.: 2005-10214-MLW

Dear Ms. Abaid:

Enclosed please find three (3) Exhibits that need to be attached to Defendant Florentino Ruidiaz's Motion to Suppress Weapon and Ammunition that I electronically filed on September 29, 2006:

1.   Ruidiaz Revised Transcript;
2.   Brockton Police Department Arrest Report; and
3.   Deposition of Brian Benvie.

I have tried to electronically file these documents with Jenny's help (from the CM/ECF help desk) and it has not worked. She told me to send you the hard copies.

Thank you for your attention to this matter. Please do not hesitate to contact me with any questions or concerns you may have.

Very truly yours,

Maria Georgakopoulos
Paralegal

Enclosures
H:\sinsheimer\MyFiles\RUIDIAZ, FLORENTINO\USDC.100206.wpd

4 Longfellow Place, 35th Floor, Boston, MA 02114     Telephone (617) 227-2800     Telefax (617) 973-1562

♦
265 State Street
Springfield, MA 01103
(413) 746-4400

♦
536 Atwells Avenue
Providence, RI 02903
(401) 454-4400

♦
350 Fifth Avenue, Suite 6110
New York, NY 10118
(866) 348-0900