UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) ) | CRIMINAL NO. 05-10214-MLW |
| **FLORENTINO RUIDIAZ, JR.,** | ) ) | |
| **Defendant** | ) | |

## UNITED STATES' WITNESS LIST -- SUPPRESSION HEARING

The United States of America, by its attorneys Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant United States Attorney James E. Arnold, hereby submits the following witness list should the Court determine that an evidentiary hearing is necessary in this matter:

1. Officer Thomas Hyland
   Brockton Police Department

2. Detective Nazaire Paul
   Brockton Police Department

3. Detective Sam Carde
   Brockton Police Department

Additionally, the United States will submit the testimony of Officer Brian Benvie, Brockton Police Department, via video deposition. The United States anticipates that any evidentiary hearing will last no more than two hours.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:   /s/ James E. Arnold
> JAMES E. ARNOLD
> Assistant U.S. Attorney
> One Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3603

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

      /s/ James E. Arnold
      JAMES E. ARNOLD
      Assistant United States Attorney

Date: November 13, 2006