```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    C.R. No. 05-10214-MLW
                              )
FLORENTINO RUIDIAZ, JR.       )
     Defendant.               )
```

ORDER

WOLF, D.J.                                           November 15, 2006

It is hereby ORDERED pursuant to Fed. R. Evid. 615 that each witness in this case, including any witness concerning defendant's motion to suppress:

1. Shall not discuss this case, including but not limited to his or her prospective testimony, with any other witness;

2. Shall be excluded from the courtroom except when testifying, unless he or she is a party or the designated representative of a party;

3. Shall not after testifying tell any prospective witness what he or she was asked or answered.

This Order shall not operate to prevent counsel from conferring with a witness prior to his or her testimony. However, unless protected by the attorney-client privilege, such communications may be explored on direct and/or cross-examination of the witness.

                                   /s/ MARK L. WOLF
                                   UNITED STATES DISTRICT COURT