UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10214

| United States of America | Florentino Ruidiaz |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Arnold | Robert Sinsheimer |
| Susan Postiswilo | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf         CLERK  O'Leary         REPORTER Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 11/16/06 | Court goes over preliminary matters with the parties including whether any testimony is necessary. |
| | Government presents its opening statement. Defendant waives his opening statement. Government plays the CD from the 911 call for the court. Government calls Officer Thomas Highland - witness takes the stand and is sworn. Government calls Detective Nazaire Paul - witness takes the stand and is sworn. Government rests. Defendant does not put on any testimony. Court listens to oral arguments on the defendant's motion to suppress. Court sets a further hearing for Tuesday, November 21, 2006 at 11:30 AM. Government shall file further briefing/authority of police to enforce civil parking violation by 4:00 PM tomorrow afternoon or ask for more time to Monday at 12:00 PM. |