AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF

| UNITED STATES of AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| FLORENTINO RUIDIAZ | Case Number: 05-10214-MLW |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wolf | Arnold & Postiswilo | Sinsheimer |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/16/2006 | Romanow | O'Leary |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/16/06 | | X | CD of 911 call |
| 1A | | 11/16/06 | | X | Transcript of 911 call |
| ---- | | 11/16/06 | | | Officer Thomas Highland |
| 2 | | 11/16/06 | | X | Video of Officer Brian Benvie deposition |
| 2A | | 11/16/06 | | X | Transcript of Video of Officer Brian Benvie deposition |
| 3 | | 11/16/06 | | | Hand drawn picture of the scene by Officer Highland |
| 5 | | 11/16/06 | | | Photograph of 146 French Street, Brockton, MA |
| 6 | | 11/16/06 | | | Handwritten notes of Officer Brian Benvie |
| ---- | | 11/16/06 | | | Detective Nazaire Paul |