UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10214

| United States of America | Florentino Ruidiaz |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Arnold | Robert Sinsheimer |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf           CLERK   O'Leary           REPORTER Romanow

CLERK'S NOTES

| DATES: | Suppression Hearing |
|---|---|
| 11/21/06 | Court gives the defendant until 9:00 am tomorrow morning to file any objection to the government's supp. submission. Court denies the defendant's motion to suppress. Court states its reasoning from the bench. Defendant requests a further conference/rule 11 date. Defendant agrees to exclude all the time. Court orders the parties to report by Dec. 1 2006 as to the status of the case. Court sets conference/rule 11 hearing for Dec. 6, 2006 at 3:00 PM. Court excludes all time between today and the Dec. 6, 2006 with the agreement of the defendant. |