```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
     v.                       )    C.R. No. 05-10214-MLW
                              )
FLORENTINO RUIDIAZ, JR.       )
     Defendant.               )
```

ORDER

WOLF, D.J.                                         November 21, 2006

For the reasons described in court on November 21, 2006, it is hereby ORDERED that:

1. Defendant Florentino Ruidiaz's Motion To Suppress (Docket No. 40) is DENIED.

2. Counsel shall confer and, by December 1, 2006, inform the court of whether they have reached an agreement to resolve this case.

3. On December 6, 2006, at 3 p.m., the court will conduct a Rule 11 hearing or schedule this case for trial.

4. By agreement of the parties, the time until the December 6, 2006 hearing is excluded for Speedy Trial Act purposes because the ends of justice served by allowing counsel to discuss the possibility of a plea outweigh the best interests of the public and

the defendant in a speedy trial.  <u>See</u> 18 U.S.C. §3161(h)(8)(A).


                                         _____
                                         UNITED STATES DISTRICT JUDGE