UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10214-MLW |
| ) | |
| FLORENTINO RUIDIAZ, JR., ) | |
| Defendant ) | |

## STATUS REPORT

After speaking with counsel for the defendant on this date, it is the understanding of counsel for the United States that it is the defendant's present intention to plead guilty to the pending indictment. At this time, however, the parties have not yet had an opportunity to finalize a plea agreement.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:     /s/ James E. Arnold
James E. Arnold
Assistant U.S. Attorney
One Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3603

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).

  /s/ James E. Arnold
JAMES E. ARNOLD
Assistant United States Attorney

Date:  December 1, 2006