UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10214

| United States | Florentino Ruidiaz |
|---|---|
| PLAINTIFF | DEFENDANT |
| Jame Arnold | Robert Sinsheimer |
| Susan Poswistilo | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Pre-trial Conference |
|---|---|
| 1/4/07 | Court goes over the status of the case with the parties. |
| | Court listens to arguments on the defendant's motion to continue the trial date to June, 2007. |
| | Court denies the defendant's motion to continue the trial date. Defendant informs the court that there will be a change of plea. Court schedules the rule 11 hearing for January 17, 2007 at 3:00 PM. |