UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10214

| United States | Florentino Ruidiaz |
|---|---|
| PLAINTIFF | DEFENDANT |
| James Arnold | Robert Sinsheimer |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Rule 11 Hearing |
|---|---|
| 1/17/07 | Plea agreement marked as exhibit 1 |
| | Defendant takes the stand and is sworn |
| | Plea colloquy given |
| | Government summarizes the evidence it would present had the case gone to trial |
| | Defendant pleads guilty to the one count indictment |
| | Court accepts the defendants plea and directs the clerk to enter the conditional plea of guilty |
| | Sentencing set for 4/11/07 - procedural order to issue |
| | Defendant remanded to the custody of the US Marshals pending sentencing |