UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) ) | CRIMINAL NO. 05-10214-MLW |
| **FLORENTINO RUIDIAZ, JR.,** | ) ) ) | |
| **Defendant** | ) | |

## GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY

The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Florentino Ruidiaz, Jr., notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial. Based on that fact, the government requests that Ruidiaz be awarded a three-point reduction for acceptance of responsibility.

                                                                                                 Respectfully submitted,
                                                                                                 MICHAEL J. SULLIVAN
                                                                                                 United States Attorney

By:    /s/ James E. Arnold
           JAMES E. ARNOLD
           Assistant U.S. Attorney
           One Courthouse Way, Suite 9200
           Boston, MA 02210
           (617) 748-3603

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document(s) filed through the ECF system will be sent electronically to counsel for defendant, who is a registered participant as identified on the Notice of Electronic Filing (NEF).


      /s/ James E. Arnold
      JAMES E. ARNOLD
      Assistant United States Attorney


Date: April 3, 2007