UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    )<br>                                                         )<br>            v.                                      )            Criminal No. 05-10214-1 (MLW)<br>                                                         )<br>FLORENTINO RUIDIAZ               ) | |

**ASSENTED-TO MOTION TO CONTINUE THE
APRIL 11, 2007 SENTENCING HEARING**

The defendant, by his attorney, Robert S. Sinsheimer, hereby respectfully moves this Honorable Court to continue the sentencing hearing scheduled for April 11, 2007 to a date in May 2007 that is convenient for the Court and the respective parties.

As reasons therefore, the United States of America, by its attorney, James E. Arnold, has assented to this motion and has stated further to the defendant's counsel, through Laura P. Malouf, Esquire (at Attorney Sinsheimer's office), that he is unavailable on May 2, 8, 9, 11, and 14, 2007. Additionally, the defendant states that his counsel, Robert S. Sinsheimer, is currently engaged in a jury trial regarding <u>Darke, et al. v. Estate of Dr. Jeffrey M. Isner, et al.</u>, Suffolk Superior Court Civil Action No. 02-2194-E, that is anticipated to proceed for approximately three weeks. Accordingly, the parties request that the April 11th sentencing hearing be continued to a date in May 2007 that is convenient to the Court and the respective parties.

Additionally, the parties jointly request that the time between April 11, 2007 and the new date to be scheduled for the sentencing hearing, be excluded in this matter pursuant to 18 U.S.C. sec. 3161, as appropriate.

WHEREFORE, the defendant respectfully requests that the Court grant this Assented-to Motion to Continue and, as appropriate, for an Order of excludable delay.

1

                                              Respectfully submitted:
                                              FLORENTINO RUIDIAZ
                                              Defendant

                                                  */s/ Robert S. Sinsheimer*
                                              By: _____
                                              Robert S. Sinsheimer
                                              Counsel for Defendant

Assent:
MICHAEL J. SULLIVAN
United States Attorney

      */s/ James E. Arnold*
By: _____
James E. Arnold
Assistant U.S. Attorney

Dated:  April 6, 2007.

## Certificate of Service

     I hereby certify that a copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 6, 2007.

                                                */s/ Laura P. Malouf*
                                              _____
                                              Laura P. Malouf