UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-10214 (MLW) |
| FLORENTINO RUIDIAZ | |

**ASSENTED-TO MOTION TO CONTINUE THE
MAY 4, 2007 SENTENCING HEARING**

The defendant, by his attorney, Robert S. Sinsheimer, hereby respectfully moves this Honorable Court to continue the May 4, 2007 sentencing hearing to the afternoon of May 24, 2007 or to a date that is convenient for the Court and the respective parties.

As reasons therefore, the defendant's counsel is presently on trial in the matter of <u>Darke, et al. v. Dr. Jeffrey Isner, et al.</u>, Suffolk Superior Court Civil Action No. 02-2194-E, and, for this reason, anticipates that he will remain unavailable on May 4, 2007. Additionally, the United States of America, by its attorney, James E. Arnold, has assented to this motion and has further stated to the defendant's counsel through attorney Laura P. Malouf (at Attorney Sinsheimer's office) that he is available on the afternoons of May 18, 21 and 24, 2004, with May 24th being the more convenient date for him. Attorney Sinsheimer is available May 18, 21, and 24, 2007. Accordingly, the parties request that the May 4, 2007 sentencing hearing be continued to the afternoon of May 24, 2007 or to a date that is convenient to the Court and the respective parties.

Wherefore, the defendant respectfully requests that the Court grant this Assented-To Motion to Continue and continue the May 7, 2007 sentencing hearing to the afternoon of May 24, 2007.

1

|  |  |
|---|---|
|  | Respectfully submitted:<br>FLORENTINO RUIDIAZ<br>By his attorney |
|  | */s/ Robert S. Sinsheimer* |
| Dated: May 3, 2007 | _____ |
|  | Robert S. Sinsheimer, 464940<br>Denner Pellegrino, LLP<br>Four Longfellow Place, 35th Floor<br>Boston, MA 02114<br>Tel. 617-227-2800<br>robsins@aol.com |

Assent:
UNITED STATES OF AMERICA
Michael J. Sullivan

    */s/ James E. Arnold, as authorized*
By: _____
James E. Arnold, Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
Tel. 617-748-3603

## Certificate of Service

I hereby certify that a copy of this document filed through the ECF systems will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 3, 2007.

    */s/ Laura P. Malouf*
    _____
    Laura P. Malouf