UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-10214 (MLW) |
| FLORENTINO RUIDIAZ | |

NOTICE OF APPEAL

The defendant hereby notifies the court and parties that he intends to, and does lodge an appeal of the judgment of conviction and sentence dated May 21, 2007. This notice of appeal is intended to be construed as broadly as the law and agreements of the parties will allow, and is specifically intended to include, but not be limited to the Court's order of November 21, 2006, denying the defendants' motion to suppress evidence.

                                              Respectfully submitted:
                                              FLORENTINO RUIDIAZ
                                              By his attorney

*/s/ Robert S. Sinsheimer*

Robert S. Sinsheimer, 464940
Denner Pellegrino, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. 617-227-2800

Dated: May 22, 2007

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this document filed through the ECF systems will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2007.

                */s/ Robert S. Sinsheimer*
                _____
                Robert S. Sinsheimer