UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10214

United States of America

v.

Florentino Ruidiaz

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-27, 29-61, 66-72

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/22/2007.

In testimony whereof, I hereunto set my hand and affix the Seal of this Court on June 25, 2007.

Sarah A. Thornton, Clerk of Court

By: Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6/25/07 .

X Barclark
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06