# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

USA v. Florentino Ruidiaz, Jr.

No. 05-10214-MLW    District of Massachusetts

Appeal filed 6/5/07    Court of Appeals Case No. _____

Filed on behalf of Florentino Ruidiaz, Jr.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____
Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) _____

## TRANSCRIPT ORDER

Name of Court Reporter: Richard Romanow
Phone Number of Reporter: (617) 737-0570

A. _____ This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | May 21, 2007 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) | |
| ☐ Testimony (specify) | |
| ☐ Other (specify) | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☒ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Robert S. Sinsheimer    Filer's Signature: _____
Firm/Address: 4 Longfellow Place, 35th Floor, Boston, MA 02114
Telephone number: (617) 227-3800    Date mailed to court reporter: 6/22/07

(Court Reporter Use ONLY) Date received _____

Form CA1-10 (6/12/06)    SEE INSTRUCTIONS ON REVERSE

**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED Florentino Ruidiaz, Jr. | | VOUCHER NUMBER |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER 05-10214 | 5. APPEALS DKT./DEF. NUMBER 07-1988 | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name) USA v. Florentino Ruidiaz, Jr. | 8. PAYMENT CATEGORY ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☒ Appeal | 9. TYPE PERSON REPRESENTED ☐ Adult Defendant ☒ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | 10. REPRESENTATION TYPE (See Instructions) |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
18:922(g)(1) - Felon in Possession of Firearm and Ammunition

**REQUEST AND AUTHORIZATION FOR TRANSCRIPT**

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)* Appeal of the judgment of conviction and sentence dated May 21, 2007, and is specifically intended to include, but not limited to the Court's Order of November 21, 2006, denying the defendants' motion to suppress evidence.

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically).* NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).
Sentencing dated May 21, 2007.

14. SPECIAL AUTHORIZATIONS — JUDGE'S INITIALS

A. Apportioned Cost _____ % of transcript with (Give case name and defendant)

B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript

C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal
   ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions

D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act.

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney [signed]   Date 7/5/07
Printed Name: Robert S. Sinsheimer
Telephone Number: (617) 722-9954
☐ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order    Nunc Pro Tunc Date

**CLAIM FOR SERVICES**

17. COURT REPORTER/TRANSCRIBER STATUS
☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

Telephone Number: _____

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | TOTAL AMOUNT CLAIMED: | | |

21. CLAIMAINT'S CERTIFICATION OF SERVICE PROVIDED
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee _____   Date _____

**ATTORNEY CERTIFICATION**

22. CERTIFICATION OF ATTORNEY OR CLERK  I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk _____   Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court   Date | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 05-10214 (MLW) |
| FLORENTINO RUIDIAZ | |

## NOTICE OF APPEAL

The defendant hereby notifies the court and parties that he intends to, and does lodge an appeal of the judgment of conviction and sentence dated May 21, 2007. This notice of appeal is intended to be construed as broadly as the law and agreements of the parties will allow, and is specifically intended to include, but not be limited to the Court's order of November 21, 2006, denying the defendants' motion to suppress evidence.

Respectfully submitted:
FLORENTINO RUIDIAZ
By his attorney

/s/ Robert S. Sinsheimer
_____
Robert S. Sinsheimer, 464940
Denner Pellegrino, LLP
Four Longfellow Place, 35th Floor
Boston, MA 02114
Tel. 617-227-2800

Dated: June 5, 2007

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document filed through the ECF systems will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 5, 2007.

/s/ *Robert S. Sinsheimer*

Robert S. Sinsheimer