# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1987

UNITED STATES,
Appellee,

v.

FLORENTINO RUIDIAZ, JR.,
Defendant - Appellant.

### JUDGMENT

Entered: August 28, 2007
Pursuant to 1st Cir. R. 27.0(d)

By order entered 7/03/07, appellant was directed to show cause in writing as to why this appeal should not be dismissed as duplicative of Appeal No. 07-1988. Appellant was warned that failure to respond by 7/17/07 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3.0(b). Defendant's appeal shall proceed under No. 07-1988.

**Certified and Issued as Mandate under Fed. R. App. R 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/19/07

By the Court:
Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Margaret Carter, Chief Deputy Clerk

[cc: Dina M. Chaitowitz, AUSA, James E. Arnold, AUSA, Robert S. Sinsheimer, Esq., Florentino Ruidiaz, Jr., Defendant]