# United States Court of Appeals
## For the First Circuit

No. 07-1988

UNITED STATES OF AMERICA,

Appellee,

v.

FLORENTINO RUIDÍAZ, JR.,

Defendant, Appellant.

---

**JUDGMENT**

Entered: June 12, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the defendant's motion to suppress is affirmed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Arnold, Mr. Sinsheimer, & Ms. Chaitowitz.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/8/08